UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| PATRICIA PIERCE FITZGERALD, | ) | CHAPTER 7 |
| | ) | CASE NO. 19-12051-JEB |
| Debtor | ) | |

## MOTION BY CHAPTER 7 TRUSTEE FOR AUTHORITY
## TO SELL ASSETS BY PRIVATE SALE SUBJECT TO
## ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS

Mark G. DeGiacomo, the Chapter 7 Trustee (the "Trustee") of the bankruptcy estate of Patricia Pierce Fitzgerald (the "Debtor"), hereby moves pursuant to Section 363 of the Bankruptcy Code, Rule 6004 of the Federal Rules of Bankruptcy Procedure and MLBR 6004-1(c) to sell to Thomas Patrick Fitzgerald (the "Proposed Buyer") the Debtor's interest in certain claims as defined herein (the "Assets"). The Assets will be sold for a total purchase price of $20,000.00 (the "Purchase Price"), on the terms set forth in the Asset Purchase Agreement filed herewith (the "Purchase Agreement"). The Assets will be sold subject to all liens, claims, encumbrances or other interests.

In support thereof, the Trustee states as follows:

### General Background

1.      On June 17, 2019 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2.      On June 18, 2019, the Trustee was appointed as the Chapter 7 Trustee of this bankruptcy estate.

3.      On August 7, 2019, the Trustee filed a Report of No Distribution.

4.      On October 15, 2019, the Court entered an Order discharging the Trustee and closing this case.

5.      On November 23, 2020, pursuant to the request of the Trustee who had been advised of the existence of the undisclosed Assets, the Office of the United States Trustee filed a Motion to Reopen the Case and Appoint the Trustee as Successor Chapter 7 Trustee.

6.      On December 9, 2020, the Court entered an Order reopening the case and on the same day the Trustee was reappointed as the Chapter 7 Trustee of this bankruptcy estate.

7.      On December 4, 2020, the Debtor died.

8.      The Assets are comprised of claims or components thereof in either case arising pre-petition, against manufacturers, distributors and retailers of tobacco products relating to their conduct resulting in damages to and/or the death of the Debtor.

Description of the Assets and Known Encumbrances

9.      The Debtor was the sole owner of the Assets.    The Assets are property of the bankruptcy estate.

10.     The Trustee is not aware of any liens, claims, encumbrances or interests that could be asserted against the Assets.

11.     The Proposed Buyer was married to the Debtor.

12.     Under the terms of the Purchase Agreement, the Trustee has agreed to sell the Assets with no contingencies for $20,000.00 (the "Purchase Price").

13.     The Trustee is satisfied with the amount of the Purchase Price since only four proofs of claim, which assert claims totaling $6,012.34, have been filed in this case.

14.     A copy of the executed Purchase Agreement is attached to the Proposed Notice of Intended Private Sale of Assets Subject to All Liens, Claims, and Encumbrances (the "Notice of Sale"), attached hereto as <u>Exhibit A</u>.

15.     The sale is "AS IS" and "WHERE IS" without any representations or warranties of any kind other than those contained in the Purchase Agreement.

16.     The sale will be subject to all liens, claims, encumbrances or other interests.

<u>The Proposed Sale is in the Best Interests of the Estate and Should be Approved</u>

17.     The Trustee believes that the sale to the Proposed Buyer is in the best interests of the bankruptcy estate and should be approved.

18.     Given the nature of the Assets, the Trustee believes that a private sale of the Assets, as opposed to a public auction, is the best way to proceed.

<u>Notice of Sale</u>

19.     This Motion and the Notice of Sale will be sent to all creditors who have filed proofs of claim and other parties in interest in the bankruptcy case and other parties, if any, the Trustee believes may be interested in purchasing the Assets.

WHEREFORE, Mark G. DeGiacomo, Chapter 7 Trustee of the bankruptcy estate of Patricia Pierce Fitzgerald, respectfully requests that this Honorable Court enter an Order:

a.   granting the Trustee authority to take all actions necessary to effectuate a sale of the Assets to the Proposed Buyer, on the terms contained in the Purchase Agreement subject to all liens, claims, encumbrances and other interests in the Assets;

b.   approving the form of the Notice of Sale; and

c.   granting such other relief the Court deems just and equitable.

Respectfully submitted,

MARK G. DEGIACOMO, CHAPTER 7
TRUSTEE OF THE ESTATE OF PATRICIA
PEIRCE FITZGERALD,

By his attorneys,


/s/ Mark G. DeGiacomo
Mark G. DeGiacomo, Esq. BBO #118170
Murtha Cullina LLP
33 Arch Street, 12th Floor
Boston, MA  02110
617-457-4000 Telephone
617-482-3868 Facsimile
Dated: October 27, 2022        mdegiacomo@murthalaw.com